

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00491-CV

**IN RE** Janet **CRIST**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: June 28, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On May 8, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying trial setting pending final resolution of the petition for writ of mandamus, which this court granted on May 9, 2023. After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on May 9, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-06388, styled *Irma Cevallos v. Janet Crist*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.